JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGAN WADE ARCHER, an individual, | Case No. 8:18-cv-00217 RSWL (DFMx) |
| Plaintiff, | **FINAL JUDGMENT [37]** |
| vs. | |
| SUMMIT PLASTERING, INC, a California corporation; and DOES 1 through 10, | |
| Defendants. | |

In light of the parties' Stipulation for Final Judgment, and good cause having been shown, the Court hereby enters final judgment in this matter as follows:

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

(1)     Defendant SUMMIT PLASTERING, INC. ("Summit") and its
        past, present, and future partners, principals, members, officers,
        directors, employees, agents, subsidiaries, parent and affiliated
        entities, predecessors, successors, and assigns are hereby
        enjoined from manufacturing, selling, offering to sell, using or
        importing into the United States the item shown in Exhibit A
        attached hereto, the items shown in Exhibit B attached hereto,

or any other item that infringes plaintiff LOGAN WADE ARCHER's ("Archer") United States patent no. 8,316,992 entitled "Method and Apparatus for Securing a Scaffold to a Building" (the "'992 patent");[1]

(2) The parties shall be responsible for their own fees and costs in this action.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

Dated: 2/27/2019

s/ RONALD S.W. LEW
United States District Judge

---

[1] For the avoidance of doubt, this injunction does not prevent Summit or its past, present, or future partners, principals, members, officers, directors, employees, agents, subsidiaries, parent or affiliated entities, predecessors, successors, or assigns from using genuine, lawfully acquired Bumperite products.

Rutan & Tucker, LLP
*attorneys at law*

2118/025351-0004
13373419.1 a02/27/19

**EXHIBIT A**



Rutan & Tucker, LLP
*attorneys at law*

# EXHIBIT B





Rutan & Tucker, LLP
*attorneys at law*

2118/025351-0004
13373419.1 a02/27/19